### TYWAAN REEVES *v.* COMMISSIONER OF CORRECTION

The petitioner Tywaan Reeves' petition for certification for appeal from the Appellate Court, 119 Conn. App. 852 (AC 29457), is denied.

*Gennaro Bizzarro*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, senior assistant state's attorney, in opposition.

Decided April 29, 2010

### STATE OF CONNECTICUT *v.* MIGUEL ZAPATA

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 660 (AC 30426), is denied.

*Lauren Weisfeld*, senior assistant public defender, in support of the petition.

*C. Robert Satti, Jr.*, supervisory assistant state's attorney, and *John C. Smriga*, state's attorney, in opposition.

Decided April 29, 2010